1  Kelsey Luu (SBN 315593)
   KLuu@aldridgepite.com
2  Joseph C. Delmotte (SBN 259460)
   jdelmotte@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385

Signed and Filed: March 19, 2018

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Attorneys for Movant,
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ELIZBETH RODRIGUEZ ROMERO aka ELIZABETH R ROMERO,<br><br>Debtor. | Case No. 14-52180-HLB<br><br>Chapter 13<br><br>R.S. No. KXL-019<br><br>**ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION**<br><br>DATE: April 4, 2018<br>TIME: 11:30 AM<br>CTRM: 214<br>1000 South Main Street, Suite 214<br>Salinas, CA 93901 |

The parties having agreed to the terms set forth in the Stipulation Granting Adequate Protection are bound by the terms of their stipulation. The Stipulation Granting Adequate Protection, docket entry number 67, is hereby approved and made an order of the court.

** END OF ORDER **

-1- CASE NO. 14-52180-hlb
**ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION**

**COURT SERVICE LIST**